# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0741
_____

LAWRENCE ALLEN DAVIS,

Petitioner,

v.

HONORABLE JUDGE STEPHEN S. EVERETT, STATE OF FLORIDA,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


May 24, 2024


PER CURIAM.

DISMISSED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lawrence Allen Davis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.